# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-114-402**
Effective Date of Registration:
July 31, 2018

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: June 24, 2018 to July 02, 2018

**Title**

| | |
|---|---|
| Title of Group: | Kisha Bari - 2018 Photos |
| Number of Photographs in Group: | 688 |
| • Individual Photographs: | 20180624_KishaBari_StopSeparation_TornilloTx_01.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_02.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_03.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_04.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_05.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_06.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_07.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_08.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_09.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_10.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_11.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_12.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_13.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_14.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_15.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_16.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_17.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_18.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_19.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_20.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_21.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_22.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_23.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_24.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_25.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_26.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_27.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_28.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_29.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_30.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_31.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_32.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_33.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_34.jpg, |
| | 20180624_KishaBari_StopSeparation_TornilloTx_35.jpg, |


|  |  |
|---|---|
|  | 20180624_KishaBari_StopSeparation_TornilloTx_36.jpg, <br> 20180624_KishaBari_StopSeparation_TornilloTx_37.jpg |
| **Published:** | June 2018 |
| • **Individual Photographs:** | 20180624_KishaBari_StopSeparation_TornilloTx_38.jpg, <br> 20180624_KishaBari_StopSeparation_TornilloTx_39.jpg, <br> 20180624_KishaBari_StopSeparation_TornilloTx_40.jpg, <br> 20180624_KishaBari_StopSeparation_TornilloTx_41.jpg, <br> 20180624_KishaBari_StopSeparation_TornilloTx_42.jpg, <br> 20180624_KishaBari_StopSeparation_TornilloTx_43.jpg, <br> 20180624_KishaBari_StopSeparation_TornilloTx_44.jpg, <br> 20180626_20180621_KishaBari_IsmaelNazario_001.jpg, <br> 20180626_20180621_KishaBari_IsmaelNazario_002.jpg, <br> 20180626_20180621_KishaBari_IsmaelNazario_003.jpg, <br> 20180626_20180621_KishaBari_IsmaelNazario_004.jpg, <br> 20180626_20180621_KishaBari_IsmaelNazario_005.jpg, <br> 20180626_20180621_KishaBari_IsmaelNazario_006.jpg, <br> 20180626_20180621_KishaBari_IsmaelNazario_007.jpg, <br> 20180626_20180621_KishaBari_IsmaelNazario_008.jpg, <br> 20180626_20180621_KishaBari_IsmaelNazario_009.jpg, <br> 20180626_20180621_KishaBari_IsmaelNazario_010.jpg, <br> 20180626_20180621_KishaBari_IsmaelNazario_011.jpg, <br> 20180626_20180621_KishaBari_IsmaelNazario_012.jpg, <br> 20180626_20180621_KishaBari_IsmaelNazario_013.jpg, <br> 20180626_20180621_KishaBari_IsmaelNazario_014.jpg, <br> 20180626_20180621_KishaBari_IsmaelNazario_015.jpg, <br> 20180626_20180621_KishaBari_IsmaelNazario_016.jpg, <br> 20180628_KishaBari_WM_EndFamSeparation_001.jpg, <br> 20180628_KishaBari_WM_EndFamSeparation_002.jpg, <br> 20180628_KishaBari_WM_EndFamSeparation_003.jpg, <br> 20180628_KishaBari_WM_EndFamSeparation_004.jpg, <br> 20180628_KishaBari_WM_EndFamSeparation_005.jpg, <br> 20180628_KishaBari_WM_EndFamSeparation_006.jpg, <br> 20180628_KishaBari_WM_EndFamSeparation_007.jpg, <br> 20180628_KishaBari_WM_EndFamSeparation_009.jpg, <br> 20180628_KishaBari_WM_EndFamSeparation_010.jpg, <br> 20180628_KishaBari_WM_EndFamSeparation_011.jpg, <br> 20180628_KishaBari_WM_EndFamSeparation_012.jpg, <br> 20180628_KishaBari_WM_EndFamSeparation_013.jpg, <br> 20180628_KishaBari_WM_EndFamSeparation_014.jpg, <br> 20180628_KishaBari_WM_EndFamSeparation_015.jpg, |
| **Published:** | June 2018 |
| • **Individual Photographs:** | 20180628_KishaBari_WM_EndFamSeparation_016.jpg, <br> 20180628_KishaBari_WM_EndFamSeparation_017.jpg, <br> 20180628_KishaBari_WM_EndFamSeparation_019.jpg, <br> 20180628_KishaBari_WM_EndFamSeparation_020.jpg, <br> 20180628_KishaBari_WM_EndFamSeparation_021.jpg, <br> 20180628_KishaBari_WM_EndFamSeparation_022.jpg, <br> 20180628_KishaBari_WM_EndFamSeparation_023.jpg, <br> 20180628_KishaBari_WM_EndFamSeparation_024.jpg, <br> 20180628_KishaBari_WM_EndFamSeparation_025.jpg, <br> 20180628_KishaBari_WM_EndFamSeparation_026.jpg, <br> 20180628_KishaBari_WM_EndFamSeparation_027.jpg, <br> 20180628_KishaBari_WM_EndFamSeparation_028.jpg, <br> 20180628_KishaBari_WM_EndFamSeparation_029.jpg, <br> 20180628_KishaBari_WM_EndFamSeparation_030.jpg, <br> 20180628_KishaBari_WM_EndFamSeparation_031.jpg, |



20180628_KishaBari_WM_EndFamSeparation_032.jpg,
20180628_KishaBari_WM_EndFamSeparation_033.jpg,
20180628_KishaBari_WM_EndFamSeparation_034.jpg,
20180628_KishaBari_WM_EndFamSeparation_035.jpg,
20180628_KishaBari_WM_EndFamSeparation_036.jpg,
20180628_KishaBari_WM_EndFamSeparation_037.jpg,
20180628_KishaBari_WM_EndFamSeparation_038.jpg,
20180628_KishaBari_WM_EndFamSeparation_039.jpg,
20180628_KishaBari_WM_EndFamSeparation_040.jpg,
20180628_KishaBari_WM_EndFamSeparation_041.jpg,
20180628_KishaBari_WM_EndFamSeparation_042.jpg,
20180628_KishaBari_WM_EndFamSeparation_043.jpg,
20180628_KishaBari_WM_EndFamSeparation_044.jpg,
20180628_KishaBari_WM_EndFamSeparation_045.jpg,
20180628_KishaBari_WM_EndFamSeparation_046.jpg,
20180628_KishaBari_WM_EndFamSeparation_047.jpg,
20180628_KishaBari_WM_EndFamSeparation_048.jpg,
20180628_KishaBari_WM_EndFamSeparation_051.jpg,
20180628_KishaBari_WM_EndFamSeparation_053.jpg,
20180628_KishaBari_WM_EndFamSeparation_054.jpg,
20180628_KishaBari_WM_EndFamSeparation_055.jpg,
20180628_KishaBari_WM_EndFamSeparation_056.jpg,

**Published:**   June 2018

- **Individual Photographs:**   20180628_KishaBari_WM_EndFamSeparation_057.jpg,
20180628_KishaBari_WM_EndFamSeparation_058.jpg,
20180628_KishaBari_WM_EndFamSeparation_059.jpg,
20180628_KishaBari_WM_EndFamSeparation_060.jpg,
20180628_KishaBari_WM_EndFamSeparation_061.jpg,
20180628_KishaBari_WM_EndFamSeparation_062.jpg,
20180628_KishaBari_WM_EndFamSeparation_063.jpg,
20180628_KishaBari_WM_EndFamSeparation_064.jpg,
20180628_KishaBari_WM_EndFamSeparation_065.jpg,
20180628_KishaBari_WM_EndFamSeparation_066.jpg,
20180628_KishaBari_WM_EndFamSeparation_067.jpg,
20180628_KishaBari_WM_EndFamSeparation_068.jpg,
20180628_KishaBari_WM_EndFamSeparation_069.jpg,
20180628_KishaBari_WM_EndFamSeparation_070.jpg,
20180628_KishaBari_WM_EndFamSeparation_071.jpg,
20180628_KishaBari_WM_EndFamSeparation_072.jpg,
20180628_KishaBari_WM_EndFamSeparation_073.jpg,
20180628_KishaBari_WM_EndFamSeparation_074.jpg,
20180628_KishaBari_WM_EndFamSeparation_076.jpg,
20180628_KishaBari_WM_EndFamSeparation_077.jpg,
20180628_KishaBari_WM_EndFamSeparation_078.jpg,
20180628_KishaBari_WM_EndFamSeparation_079.jpg,
20180628_KishaBari_WM_EndFamSeparation_080.jpg,
20180628_KishaBari_WM_EndFamSeparation_081.jpg,
20180628_KishaBari_WM_EndFamSeparation_082.jpg,
20180628_KishaBari_WM_EndFamSeparation_083.jpg,
20180628_KishaBari_WM_EndFamSeparation_086.jpg,
20180628_KishaBari_WM_EndFamSeparation_088.jpg,
20180628_KishaBari_WM_EndFamSeparation_089.jpg,
20180628_KishaBari_WM_EndFamSeparation_091.jpg,
20180628_KishaBari_WM_EndFamSeparation_092.jpg,
20180628_KishaBari_WM_EndFamSeparation_093.jpg,
20180628_KishaBari_WM_EndFamSeparation_095.jpg,
20180628_KishaBari_WM_EndFamSeparation_096.jpg,

|  |  |
|---|---|
|  | 20180628_KishaBari_WM_EndFamSeparation_097.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_099.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_100.jpg, |
| **Published:** | June 2018 |

- **Individual Photographs:**  20180628_KishaBari_WM_EndFamSeparation_101.jpg,
20180628_KishaBari_WM_EndFamSeparation_102.jpg,
20180628_KishaBari_WM_EndFamSeparation_103.jpg,
20180628_KishaBari_WM_EndFamSeparation_104.jpg,
20180628_KishaBari_WM_EndFamSeparation_105.jpg,
20180628_KishaBari_WM_EndFamSeparation_106.jpg,
20180628_KishaBari_WM_EndFamSeparation_107.jpg,
20180628_KishaBari_WM_EndFamSeparation_108.jpg,
20180628_KishaBari_WM_EndFamSeparation_109.jpg,
20180628_KishaBari_WM_EndFamSeparation_110.jpg,
20180628_KishaBari_WM_EndFamSeparation_111.jpg,
20180628_KishaBari_WM_EndFamSeparation_112.jpg,
20180628_KishaBari_WM_EndFamSeparation_113.jpg,
20180628_KishaBari_WM_EndFamSeparation_114.jpg,
20180628_KishaBari_WM_EndFamSeparation_115.jpg,
20180628_KishaBari_WM_EndFamSeparation_116.jpg,
20180628_KishaBari_WM_EndFamSeparation_119.jpg,
20180628_KishaBari_WM_EndFamSeparation_120.jpg,
20180628_KishaBari_WM_EndFamSeparation_121.jpg,
20180628_KishaBari_WM_EndFamSeparation_122.jpg,
20180628_KishaBari_WM_EndFamSeparation_123.jpg,
20180628_KishaBari_WM_EndFamSeparation_124.jpg,
20180628_KishaBari_WM_EndFamSeparation_125.jpg,
20180628_KishaBari_WM_EndFamSeparation_126.jpg,
20180628_KishaBari_WM_EndFamSeparation_128.jpg,
20180628_KishaBari_WM_EndFamSeparation_129.jpg,
20180628_KishaBari_WM_EndFamSeparation_130.jpg,
20180628_KishaBari_WM_EndFamSeparation_131.jpg,
20180628_KishaBari_WM_EndFamSeparation_132.jpg,
20180628_KishaBari_WM_EndFamSeparation_133.jpg,
20180628_KishaBari_WM_EndFamSeparation_134.jpg,
20180628_KishaBari_WM_EndFamSeparation_137.jpg,
20180628_KishaBari_WM_EndFamSeparation_138.jpg,
20180628_KishaBari_WM_EndFamSeparation_139.jpg,
20180628_KishaBari_WM_EndFamSeparation_143.jpg,
20180628_KishaBari_WM_EndFamSeparation_144.jpg,
20180628_KishaBari_WM_EndFamSeparation_145.jpg,

**Published:** June 2018

- **Individual Photographs:**  20180628_KishaBari_WM_EndFamSeparation_147.jpg,
20180628_KishaBari_WM_EndFamSeparation_148.jpg,
20180628_KishaBari_WM_EndFamSeparation_149.jpg,
20180628_KishaBari_WM_EndFamSeparation_151.jpg,
20180628_KishaBari_WM_EndFamSeparation_152.jpg,
20180628_KishaBari_WM_EndFamSeparation_153.jpg,
20180628_KishaBari_WM_EndFamSeparation_154.jpg,
20180628_KishaBari_WM_EndFamSeparation_155.jpg,
20180628_KishaBari_WM_EndFamSeparation_156.jpg,
20180628_KishaBari_WM_EndFamSeparation_157.jpg,
20180628_KishaBari_WM_EndFamSeparation_158.jpg,
20180628_KishaBari_WM_EndFamSeparation_159.jpg,
20180628_KishaBari_WM_EndFamSeparation_161.jpg,
20180628_KishaBari_WM_EndFamSeparation_162.jpg,



|  |  |
|---|---|
|  | 20180628_KishaBari_WM_EndFamSeparation_163.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_164.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_165.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_166.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_169.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_170.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_171.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_172.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_173.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_174.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_175.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_176.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_177.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_178.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_179.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_180.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_181.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_182.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_183.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_184.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_185.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_188.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_190.jpg, |
| **Published:** | June 2018 |
| • **Individual Photographs:** | 20180628_KishaBari_WM_EndFamSeparation_191.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_192.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_193.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_194.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_197.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_198.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_199.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_200.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_201.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_202.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_203.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_204.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_205.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_206.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_207.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_209.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_210.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_212.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_213.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_214.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_215.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_216.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_217.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_218.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_219.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_220.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_221.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_222.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_223.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_224.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_225.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_229.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_230.jpg, |

|  |  |
|---|---|
|  | 20180628_KishaBari_WM_EndFamSeparation_231.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_232.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_233.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_234.jpg, |
| **Published:** | June 2018 |
| • **Individual Photographs:** | 20180628_KishaBari_WM_EndFamSeparation_235.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_236.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_238.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_239.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_241.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_242.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_243.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_245.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_246.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_247.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_248.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_250.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_251.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_252.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_255.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_256.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_257.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_259.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_260.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_262.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_263.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_264.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_265.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_266.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_267.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_268.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_270.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_271.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_272.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_273.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_274.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_275.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_276.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_277.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_279.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_280.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_281.jpg, |
| **Published:** | June 2018 |
| • **Individual Photographs:** | 20180628_KishaBari_WM_EndFamSeparation_283.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_284.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_285.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_286.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_287.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_288.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_289.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_292.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_302.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_305.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_306.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_307.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_311.jpg, |



|  |  |
|---|---|
|  | 20180628_KishaBari_WM_EndFamSeparation_313.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_314.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_315.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_316.jpg, |
|  | 20180628_KishaBari_WM_EndFamSeparation_317.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_001.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_008.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_024.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_026.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_029.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_030.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_031.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_032.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_033.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_037.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_038.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_039.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_040.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_041.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_042.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_043.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_047.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_052.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_053.jpg, |
| **Published:** | June 2018 |
| • **Individual Photographs:** | 20180630_KishaBari_FamiliesBelongTogether_DC_054.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_055.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_058.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_059.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_065.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_066.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_067.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_068.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_069.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_070.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_071.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_072.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_073.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_074.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_075.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_076.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_094.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_095.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_099.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_100.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_101.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_102.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_103.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_104.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_105.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_106.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_107.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_108.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_109.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_110.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_111.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_112.jpg, |

|  |  |
|---|---|
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_113.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_114.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_115.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_117.jpg, |
| **Published:** | June 2018 |
| • **Individual Photographs:** | 20180630_KishaBari_FamiliesBelongTogether_DC_118.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_119.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_120.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_121.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_122.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_123.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_124.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_125.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_126.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_130.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_131.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_132.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_134.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_167.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_170.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_171.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_173.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_174.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_176.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_177.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_178.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_179.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_180.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_181.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_182.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_183.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_184.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_185.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_186.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_187.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_188.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_189.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_190.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_191.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_193.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_194.jpg, |
| **Published:** | June 2018 |
| • **Individual Photographs:** | 20180630_KishaBari_FamiliesBelongTogether_DC_197.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_198.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_199.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_200.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_201.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_202.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_203.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_204.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_206.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_207.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_209.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_218.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_219.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_220.jpg, |



|  |  |
|---|---|
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_222.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_223.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_224.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_225.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_226.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_228.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_229.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_230.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_231.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_232.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_233.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_234.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_235.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_236.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_237.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_238.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_239.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_240.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_241.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_242.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_244.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_245.jpg, |
| **Published:** | June 2018 |
| • **Individual Photographs:** | 20180630_KishaBari_FamiliesBelongTogether_DC_246.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_247.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_248.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_249.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_250.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_251.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_252.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_253.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_254.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_255.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_256.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_257.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_258.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_259.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_260.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_261.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_262.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_263.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_264.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_265.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_266.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_267.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_268.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_269.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_270.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_271.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_272.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_273.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_274.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_275.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_276.jpg, |
|  | 20180630_KishaBari_FamiliesBelongTogether_DC_277.jpg, |
| **Published:** | June 2018 |

- **Individual Photographs:**  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_001.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_002.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_003.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_004.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_005.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_006.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_007.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_008.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_009.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_010.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_011.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_012.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_013.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_014.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_015.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_016.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_017.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_018.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_019.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_020.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_021.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_022.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_023.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_024.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_025.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_026.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_027.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_028.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_029.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_030.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_031.jpg,

**Published:**  July 2018

- **Individual Photographs:**  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_032.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_033.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_034.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_035.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_036.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_037.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_038.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_039.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_040.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_041.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_042.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_043.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_044.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_045.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_046.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_047.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_048.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_049.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_050.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_051.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_052.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_053.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_054.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_055.jpg,
  20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_056.jpg,



|  |  |
|---|---|
|  | 20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_057.jpg, |
|  | 20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_058.jpg, |
|  | 20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_059.jpg, |
|  | 20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_060.jpg, |
|  | 20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_061.jpg, |
|  | 20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_062.jpg, |
| **Published:** | July 2018 |
| • **Individual Photographs:** | 20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_063.jpg, |
|  | 20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_064.jpg, |
|  | 20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_065.jpg, |
|  | 20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_066.jpg, |
|  | 20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_067.jpg, |
|  | 20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_068.jpg, |
|  | 20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_069.jpg, |
|  | 20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_070.jpg, |
|  | 20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_071.jpg, |
|  | 20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_072.jpg, |
|  | 20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_073.jpg, |
|  | 20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_074.jpg, |
|  | 20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_075.jpg, |
|  | 20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_076.jpg, |
|  | 20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_077.jpg, |
|  | 20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_078.jpg, |
|  | 20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_079.jpg, |
|  | 20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_080.jpg, |
|  | 20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_081.jpg, |
|  | 20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_082.jpg, |
|  | 20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_083.jpg, |
|  | 20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_084.jpg, |
|  | 20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_085.jpg, |
|  | 20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_086.jpg, |
|  | 20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_087.jpg, |
|  | 20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_088.jpg, |
|  | 20180702_20180629_KishaBari_FamiliesBelongTogether_BTS_089.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_002.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_003.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_004.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_005.jpg, |
| **Published:** | July 2018 |
| • **Individual Photographs:** | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_006.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_007.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_009.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_010.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_011.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_012.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_013.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_014.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_015.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_016.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_017.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_018.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_019.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_020.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_021.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_022.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_023.jpg, |

|  |  |
|---|---|
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_025.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_027.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_028.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_034.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_035.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_036.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_044.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_045.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_046.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_048.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_049.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_050.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_051.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_056.jpg, |
| **Published:** | July 2018 |
| • **Individual Photographs:** | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_057.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_060.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_061.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_062.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_063.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_064.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_077.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_078.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_079.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_080.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_081.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_082.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_083.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_084.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_085.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_086.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_087.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_088.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_089.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_090.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_091.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_092.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_093.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_096.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_097.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_098.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_116.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_127.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_128.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_129.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_133.jpg, |
| **Published:** | July 2018 |
| • **Individual Photographs:** | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_135.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_136.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_137.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_138.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_139.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_140.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_141.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_142.jpg, |
|  | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_143.jpg, |



|   |   |
|---|---|
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_144.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_145.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_146.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_147.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_148.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_149.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_150.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_151.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_152.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_153.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_154.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_155.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_156.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_157.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_158.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_159.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_160.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_161.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_162.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_163.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_164.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_165.jpg, |
| **Published:** | July 2018 |
| • **Individual Photographs:** | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_166.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_168.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_169.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_172.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_175.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_192.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_195.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_196.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_205.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_208.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_210.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_211.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_212.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_213.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_214.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_215.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_216.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_217.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_221.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_227.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_243.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_287.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_288.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_289.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_290.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_291.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_292.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_353.jpg, |
|   | 20180702_20180630_KishaBari_FamiliesBelongTogether_DC_354.jpg, |
| **Published:** | July 2018 |

**Completion/Publication**

|   |   |
|---|---|
| Year of Completion: | 2018 |
| Earliest Publication Date in Group: | June 24, 2018 |
| Latest Publication Date in Group: | July 02, 2018 |
| Nation of First Publication: | United States |

## Author

|   |   |
|---|---|
| Author: | Kisha Bari |
| Author Created: | photographs |
| Work made for hire: | No |
| Domiciled in: | United States |

## Copyright Claimant

|   |   |
|---|---|
| Copyright Claimant: | Kisha Bari |
|  | 84-12 35th Avenue-Apt. 6, `, Jackson Heights, NY, 11372, United States |

## Certification

|   |   |
|---|---|
| Name: | Richard Liebowitz |
| Date: | July 31, 2018 |

| Copyright Office notes: | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
|---|---|

**Registration #:** VA0002114402
**Service Request #:** 1-6816346141

Richard Liebowitz
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States

Case 1:18-cv-05992-WFK-SJB   Document 9-2   Filed 10/26/18   Page 17 of 17 PageID #: 24